# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### Brunswick Division

PENSION BENNETT
GUARANTY CORPORATION,
       Plaintiff

vs.

**JUDGMENT IN A CIVIL CASE**

DURANGO GEORGIA
PAPER COMPANY,
       Defendant

Case Number CV205-153

and

H.G. ESTATE, LLC, THE
HOWARD GILMAN FOUNDATION
INC., and W.O. CORPORATION,
       Intervening Defendants

☐ **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court**. This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED and ADJUDGED** that in accordance with the Order of the Court

entered December 20, 2006, granting The Joint Motion to Dismiss, claims of the plaintiff,

PENSION BENNETT GUARANTY CORPORATION, defendant, DURANGO GEORGIA PAPER

COMPANY are dismissed.

Date: December 20, 2006                     SCOTT L. POFF, CLERK

By: Candy Asbell,  Deputy Clerk